COM.

v.

FRANKS, J.

2005 EDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–51–CR–0709691–2001 (Philadelphia)

Affirmed

COM.

v.

TYSON, A.

2188 EDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–45–CR–0000817–2003 (Monroe)

Affirmed

IN the INTEREST OF: A.J.D., a Minor

2781 EDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–51–DP–0002411–2014 (Philadelphia)

Affirmed

IN the INTEREST OF: A.J.D., a Minor

2813 EDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–51–AP–0000422–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: R.C.S, III, a Minor

2814 EDA 2016

Superior Court of Pennsylvania.

03/22/2017

CP–51–AP–0000623–2016 (Philadelphia)

Affirmed